**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

ANGELLA COHEN,

      Plaintiff,

    v.

SPRINGFIELD POLICE DEPARTMENT, et al.,

      Defendants.

CIVIL ACTION NO.: 4:25-cv-279

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 7, 2026, Report and Recommendation, (doc. 8), to which plaintiff has not filed an objection.[1]   Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 8.)   Cohen's Complaint is **DISMISSED**.   (Doc. 1.)   The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 13th day of March, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1]   In fact, the service copy of the Report and Recommendation was returned as undeliverable.   (Doc. 9.) Cohen, therefore, appears to have failed to comply with the Local Rules' requirement "to apprise the Court of any address change."   L.R. 11.1.   Cohen's noncompliance with Local Rule 11.1 provides an alternative basis for dismissal.   *Cf.* Fed. R. Civ. P. 41(b).